**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1535**

---

LENIR RICHARDSON,

Plaintiff - Appellant,

versus

KIMBERLY POWEL; J. C. LYLE, Officer #241;
METRO TRANSIT AUTHORITY; FAIRFAX CONNECTOR;
COMMONWEALTH OF VIRGINIA; FREEDOM BAIL
BONDING, CORPORATION,

Defendants - Appellees.

----------------------

MICHAEL LINDNER,

Movant.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, Senior
District Judge.  (1:04-cv-00874-TSE)

---

Submitted:  August 23, 2007          Decided:  August 28, 2007

---

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Lenir Richardson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lenir Richardson appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on her 42 U.S.C. § 1983 (2000) complaint and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Richardson v. Powel</u>, No. 1:04-cv-00874-TSE (E.D. Va. filed Apr. 18, 2007, entered Apr. 19, 2007; filed May 1, 2007, entered May 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>